■ The People of the State of New York, Respondent, v Crawford Gary, Appellant.—Judgment unanimously affirmed. Memorandum: We have reviewed the record and we conclude that the verdict is supported by legally sufficient evidence on each and every element of burglary, first degree. Considering that defendant entered a private home through a window in the middle of the night wielding a knife and injured two of the occupants, the court did not abuse its discretion when it sentenced defendant to serve 3 to 9 years, despite the fact that this was defendant's first felony conviction. (Appeal from judgment of Oneida County Court, Gilbert,

J.—burglary, first degree, and other charges.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.